**Electronically Filed
Intermediate Court of Appeals
28516
06-JUL-2012
01:20 PM**

NO. 28516

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GERARD R. LALES, Plaintiff-Appellant,
v.
WHOLESALE MOTORS COMPANY, dba JN AUTOMOTIVE GROUP,
JOHNNY MARTINEZ, and GARY MARXEN, SR.,
Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV. NO. 03-1-2415)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Memorandum Opinion, filed on May 9, 2012, is hereby corrected as follows:

1. On page 1, second line of the first paragraph, the name "Gerald" should be replaced with "Gerard" so that as corrected, the text reads: "lawsuit brought by Plaintiff-Appellant Gerard R. Lales . . . ."

2. On page 15, in the sixteenth line, the words "of the" should be inserted between "favor" and "alleged" so that as corrected, the text read: "construed in favor of the alleged victims . . . ."

3. On page 18, in the twenty-third line, the word "of" should be inserted between "favor" and "Marxen" so that as corrected, the text reads: ". . . in favor of Marxen . . . ."

_____

[1]Nakamura, Chief Judge, and Foley and Fujise, JJ.

4.     On page 30, in the twenty-fifth line, the word "employee" should be replaced with "employees" so that as corrected, the text reads:  ". . . other JN employees had told . . . ."

5.     On page 32, in the third line from the bottom, the word "Court" should be replaced with "Court's" so that as corrected, the text reads"  ". . . the Circuit Court's grant . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 6, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge